UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

OPERATING ENGINEERS LOCAL 139
HEALTH BENEFIT FUND, et al,

           Plaintiffs,
    v.                                  Case No. 03-C-1442

MINOCQUA GRADING, L.L.C., et al,

           Defendants.

## OPINION AND ORDER

The court ORDERS that the Plaintiffs' "Motion for Issuance of Order to Appear to Provide Testimony Regarding Property" (filed May 24, 2005) IS DENIED. This case has been transferred to the Green Bay branch of this court which will set the schedule.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 8th day of June, 2005.

                                      s/Thomas J. Curran
                                      THOMAS J. CURRAN
                                      United States District Judge